In re Walter Jacob DAVIS, a/k/a
Marcus Swanson,
Petitioner.

No. 02–7176.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 18, 2002.

Decided Nov. 14, 2002.

Walter Jacob Davis, Petitioner Pro Se.

Before WILLIAM D. WILKINS,
MICHAEL, and KING, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

PER CURIAM.

Walter Jacob Davis, a North Carolina inmate, petitions this court for a writ of mandamus directing the district court to act on his 28 U.S.C. § 2255 (2000) motion. Our review of the district court docket sheet in that action reveals that after Davis filed his mandamus petition, the district court entered a final order dismissing Davis' § 2255 motion. Accordingly, although we grant Davis leave to proceed in forma pauperis, we deny the mandamus petition as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*